# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MOUZON,<br><br>            Plaintiff,<br><br>      v.<br><br>AHLIN,<br><br>            Defendant. | Case No. 1:16-cv-00051 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER |

Plaintiff Alfonso Mouzon ("Plaintiff") is a civil detainee proceeding pro se in this action, filed on March 9, 2015. The case was transferred to this Court on January 14, 2016.

On January 15, 2016, the Court issued an order for Plaintiff to submit an application to proceed in forma pauperis on a non-prisoner form, or pay the filing fee, within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and Plaintiff has not filed an application, paid the filing fee, or otherwise communicated with the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failing to follow the January 15, 2016, order. Plaintiff must file a response to this order within (30) days of the date of service. Plaintiff may also comply by filing an application to proceed in forma pauperis, or by paying the filing fee, within this time period.

///

///

1

1 **Failure to respond to this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **March 8, 2016**                                        /s/ *Dennis L. Beck*
                                                                                    UNITED STATES MAGISTRATE JUDGE