# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MOUZON,<br><br>        Plaintiff,<br><br>  v.<br><br>AHLIN,<br><br>        Defendant. | Case No. 1:16-cv-00051 DLB PC<br><br>ORDER DISMISSING ACTION FOR FAILURE TO FOLLOW COURT ORDER |

       Plaintiff Alfonso Mouzon ("Plaintiff") is a civil detainee proceeding pro se in this action, filed on March 9, 2015.  The case was transferred to this Court on January 14, 2016.

       On January 15, 2016, the Court issued an order for Plaintiff to submit an application to proceed in forma pauperis on a non-prisoner form, or pay the filing fee, within thirty (30) days of the date of service of the order.

       After thirty (30) days passed and Plaintiff did not file an application, pay the filing fee, or otherwise communicate with the Court, the Court issued an order to show cause on March 8, 2016.  Plaintiff was ordered to file a response, or file a proper application to proceed in forma pauperis/pay the filing fee, within thirty (30) days.  Plaintiff was warned that dismissal would occur if he failed to obey the order.  Plaintiff has not file a response or otherwise communicated with the Court.

       A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915.  Based on Plaintiff's failure to

1

comply with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee or file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **April 18, 2016**                    /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE